BK15-41554-JJR7
TIM L. WALLACE
BECKY A. WALLACE
Debtors.

AP16-40025-JJR
AUTOMATION SUPPORT, INC. d/b/a
TECHNICAL SUPPORT, and
SOYOKAZE, INC.,
Plaintiffs,
v.
BECKY WALLACE,
Defendant.

### * CONFIDENTIAL MEMORANDUM OPINION REGARDING ATTORNEY FEE'S *

### ******* FILED UNDER SEAL *******

### THIS DOCUMENT WAS FILED UNDER SEAL BY COURT ORDER (Doc. No. 161) DATED 07/03/2018